[No. 46355-5-II.  Division Two.  April 26, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. PAULO R. BOTELLO-GARCIA, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 12-1-00217-1, James W. Lawler, J., entered April 11, 2014. *Reversed* and *remanded* by unpublished opinion per Lee, J., concurred in by Bjorgen, C.J., and Maxa, J.

[No. 46842-5-II.  Division Two.  April 26, 2016.]

*In the Matter of the Personal Restraint of* ALICIA OLIVARES CASTANEDA, *Petitioner*.

Petition for relief from personal restraint. *Granted* by unpublished opinion per Worswick, J., concurred in by Maxa, A.C.J., and Johanson, J.

[No. 47003-9-II.  Division Two.  April 26, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES DILLARD APPLEGATE, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 13-1-02329-6, David E. Gregerson, J., entered November 7, 2014. *Affirmed* by unpublished opinion per Lee, J., concurred in by Worswick and Melnick, JJ.

[No. 47238-4-II.  Division Two.  April 26, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. LIA YERA TRICOMO, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 13-1-00655-7, Gary R. Tabor, J., entered January 28, 2015. *Affirmed* by unpublished opinion per Lee, J., concurred in by Bjorgen, C.J., and Worswick, J.